UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: RANGER, PETER | § | Case No. 09-44105 |
| RANGER, PATRICIA | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm on August 3, 2012 in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 06/29/2012     By: /s/JOHN E. GIERUM
                                 Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: RANGER, PETER | § | Case No. 09-44105 |
| RANGER, PATRICIA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 480,000.00 |
| *and approved disbursements of* | $ 236,623.41 |
| *leaving a balance on hand of* [1] | $ 243,376.59 |
| **Balance on hand:** | $ 243,376.59 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 243,376.59 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 20,967.81 | 0.00 | 20,967.81 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 20,967.81 |
| Remaining balance: | $ 222,408.78 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 222,408.78 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $15,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20 | Peter Ranger | 15,000.00 | 15,000.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 222,408.78

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 95,508.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nordstrom fsb | 4,959.08 | 0.00 | 4,959.08 |
| 2 | FIA Card Services NA/Bank of America NA (USA)/ | 8,888.84 | 0.00 | 8,888.84 |
| 3 | FIA Card Services NA/Bank of America NA (USA)/ | 5,262.51 | 0.00 | 5,262.51 |
| 4 | FIA Card Services NA/Bank of America NA (USA)/ | 14,355.36 | 0.00 | 14,355.36 |
| 5 | FIA Card Services NA/Bank of America NA (USA)/ | 4,453.48 | 0.00 | 4,453.48 |
| 6 | FIA Card Services NA/Bank of America NA (USA)/ | 14,746.17 | 0.00 | 14,746.17 |
| 7 | FIA Card Services NA/Bank of America NA (USA)/ | 849.09 | 0.00 | 849.09 |
| 8 | American InfoSource LP as agent for | 7,654.42 | 0.00 | 7,654.42 |
| 9 | American Express Centurion Bank | 8,579.13 | 0.00 | 8,579.13 |
| 10 | American Express Centurion Bank | 6,239.99 | 0.00 | 6,239.99 |
| 11 | Chase Bank USA NA | 1,139.20 | 0.00 | 1,139.20 |
| 12 | Chase Bank USA NA | 4,243.03 | 0.00 | 4,243.03 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 13 | Chase Bank USA NA | 3,525.04 | 0.00 | 3,525.04 |
| 14 | Chase Bank USA NA | 2,612.68 | 0.00 | 2,612.68 |
| 15 | Chase Bank USA NA | 1,642.51 | 0.00 | 1,642.51 |
| 16 | Capital One, N.A | 786.61 | 0.00 | 786.61 |
| 17 | Portfolio Recovery Associates, LLC | 360.18 | 0.00 | 360.18 |
| 18 | Portfolio Recovery Associates, LLC | 293.32 | 0.00 | 293.32 |
| 19 | American Express Centurion Bank | 4,917.90 | 0.00 | 4,917.90 |

Total to be paid for timely general unsecured claims:  $   95,508.54
Remaining balance:  $  126,900.24

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $   0.00
Remaining balance:  $  126,900.24

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $   0.00
Remaining balance:  $  126,900.24

UST Form 101-7-NFR (10/1/2010)

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $707.24. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $126,193.00.

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                           Case No. 09-44105-ABG
Peter Ranger                                                     Chapter 7
Patricia Ranger
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cmendoza1              Page 1 of 3            Date Rcvd: Jul 02, 2012
                              Form ID: pdf006              Total Noticed: 48
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2012.
```
db/jdb       +Peter Ranger,   Patricia Ranger,   304 Glendenning Pl,   Waukegan, IL 60087-5124
14752540      Action Card,   P.O. Box 105341,   Atlanta, GA 30348-5341
14752541      American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
17534943      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14752542     +American Mediation & Alternative Resolut,   1 S. 132 Summit Dr.,Ste. 202B,
              Oakbrook Terrace, IL 60181-3940
14752543     +Aneshesia Associates of Vista Health,   185 Penny Avenue,   East Dundee, IL 60118-1455
14752547     +BP/Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
14752545     +Bill Me Later,   P.O. Box 105658,   Atlanta, GA 30348-5658
14752546     +Bloomingdales,   P.O. Box 8066,   Mason, OH 45040-8066
14752556      CPU/Citibankcbsdna,   110 Lake Dr.,   Newark, DE 19702-3317
14752548      Capital One,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
17564202     +Capital One,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
14752550     +Carson Pirie Scott,   P.O. Box 15521,   Wilmington, DE 19850-5521
14752551      Charter One Card Services,   P.O. Box 42010,   Providence, RI 02940-2010
14752552      Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
17560478      Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
14752553      Citgo,   P.O. Box 689095,   Des Moines, IA 50368-9095
14752554      Citi Cards,   P.O. Box 6000,   The Lakes, NV 89163-6000
14752555      CompUSA,   P.O. Box 17298,   Baltimore, MD 21297-1298
14752557      Exxon/Mobil,   P.O. Box 688940,   Des Moines, IA 50368-8940
17507095      FIA Card Services NA/Bank of America NA (USA)/,   MBNA America Bank NA,   PO Box 15102,
              Wilmington, DE 19886-5102
14752558      GEMB/Premier Jewelry,   P.O. Box 981438,   El Paso, TX 79998-1438
14752559     +GMAC Mortgage,   P.O. Box 4622,   Waterloo, IA 50704-4622
14752565     +HSBC,   90 Christiana Rd.,   New Castle, DE 19720-3118
14752561      Home Shopping Network,   P.O. Box 98164,   El Paso, TX 79998-1064
14752562     +Homecoming Financial,   P.O. Box 205,   Waterloo, IA 50704-0205
14752563      Household Bank,   12447 SW 69th Ave.,   Attn: Dispute Processing,   Tigard, OR 97223-8517
14752564      Household Credit Services,   P.O. Box 80084,   Salinas, CA 93912-0084
14752566      Hurley State Bank,   P.O. Box 8189,   Johnson City, TN 37615-0189
14752571     +Michael Fine,   131 S. Dearborn St., 5th Floor,   Chicago, IL 60603-5571
14752572     +Midway Emergency Physicians,   P.O. Box 320006,   Birmingham, AL 35232-0006
14752573      Neiman Marcus,   P.O. Box 729080,   Dallas, TX 75372-9080
14752574      Newegg,   P.O. Box 2394,   Omaha, NE 68103-2394
14752576      Office Depot,   P.O. Box 689182,   Des Moines, IA 50368-9182
17690412     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
              HSBC Bank Nevada, N.A. (Arbor/Orchard),   by PRA Receivables Mgmt, LLC, agent,   P.O. Box 41067,
              Norfolk, VA 23541)
14752577      Paypal Buyer Credit,   P.O. Box 960080,   Orlando, FL 32896-0080
14752578      Phillips 66-Conoco 76,   P.O. Box 689140,   Des Moines, IA 50368-9140
14752579     +Shell,   P.O. Box 689151,   Des Moines, IA 50368-9151
14752581      Target/Retailers National Bank,   P.O. Box 673,   Minneapolis, MN 55440-0673
14752582      Union Plus,   P.O. Box 80027,   Salinas, CA 93912-0027
14752584      Wal-Mart,   P.O. Box 530939,   Atlanta, GA 30353-0939
14752586      Zales,   P.O. Box 689182,   Des Moines, IA 50368-9182
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17517740      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 03 2012 02:22:01
              American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK 73124-8866
14752568      E-mail/Text: cio.bncmail@irs.gov Jul 03 2012 02:07:32     IRS,   P.O. Box 21126,
              Philadelphia, PA 19114
14752570     +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 03 2012 02:08:39     Kohl's,
              N56 W. 17000 Ridgewood Dr.,   Menomonee Falls, WI 53051-7096
14752575      E-mail/Text: bnc@nordstrom.com Jul 03 2012 02:08:39     Nordstrom,   P.O. Box 13589,
              Scottsdale, AZ 852673589
17478156     +E-mail/Text: bnc@nordstrom.com Jul 03 2012 02:08:39     Nordstrom fsb,   P.O. Box 6566,
              Englewood, CO 80155-6566
14752580     +E-mail/Text: bkr@cardworks.com Jul 03 2012 02:09:49     Spiegel,   P.O. Box 9204,
              Old Bethpage, NY 11804-9004
                                                                                             TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17534944*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17781644*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17690411*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,
               HSBC Bank Nevada, N.A. (Orchard Bank),   by PRA Receivables Mgmt, LLC, agent,   P.O. Box 41067,
               Norfolk, VA 23541)
```

```
District/off: 0752-1          User: cmendoza1          Page 2 of 3          Date Rcvd: Jul 02, 2012
                              Form ID: pdf006          Total Noticed: 48

14752544     ##Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
14752549     ##Card Member Services,    P.O. Box  922788,    Norcross, GA 30010-2788
14752560     ##Home Depot,    P.O. Box 689100,    Des Moines, IA 50368
14752567     ##+I.C. System, Inc.,    P.O. Box 64138,    Saint Paul, MN 55164-0138
14752569     ##+JC Penney,    P.O. Box 981131,    El Paso, TX 79998-1131
14752583     ##Vista Medical Center East,    99 Greenwood Ave.,    Waukegan, IL 60087-5136
14752585     ##+Wells Fargo Financial,    5101 Washington Street, Suite 29,    Gurnee, IL 60031-5913
                                                                          TOTALS: 0, * 3, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2012**                          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: cmendoza1              Page 3 of 3                   Date Rcvd: Jul 02, 2012
                               Form ID: pdf006              Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2012 at the address(es) listed below:
        John E Gierum    jgierum@7trustee.net, IL25@ecfcbis.com
        Kenneth S Borcia    on behalf of Debtor Peter Ranger support@borcia.com, borcianotices@gmail.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        TOTAL: 3