**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: RANGER, PETER         § | Case No. 09-44105 |
| RANGER, PATRICIA             § | |
| § | |
| Debtor(s)                    § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOHN E. GIERUM, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $180,010.00 *(without deducting any secured claims)* | Assets Exempt: $37,010.00 |
| Total Distribution to Claimants: $170,389.57 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $183,417.43 | |

    3) Total gross receipts of $ 480,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 126,193.00 (see **Exhibit 2**), yielded net receipts of $353,807.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $59,173.79 | $59,173.79 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 23,251.85 | 183,417.43 | 183,417.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 15,000.00 | 15,000.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 96,215.78 | 96,215.78 | 96,215.78 |
| **TOTAL DISBURSEMENTS** | $0.00 | $119,467.63 | $353,807.00 | $353,807.00 |

    4) This case was originally filed under Chapter 7 on November 20, 2009. The case was pending for 35 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/15/2012           By: /s/JOHN E. GIERUM
                                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI Case (s) | 1142-000 | 480,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$480,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RANGER, PETER | First and Final Distribution | 8200-002 | 126,193.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$126,193.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 23 | Vista Medical Center East | 4220-000 | N/A | | 49,885.37 | 49,885.37 |
| 24 | Ingenix Subrogation Services | 4220-000 | N/A | | 9,288.42 | 9,288.42 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$59,173.79** | **$59,173.79** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 20,967.81 | 20,967.81 | 20,967.81 |
| Thomas Lake and Kenneth Borcia | 3210-600 | N/A | 0.00 | 159,984.00 | 159,984.00 |
| Thomas Lake and Kenneth Borcia | 3220-610 | N/A | 0.00 | 181.58 | 181.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 262.29 | 262.29 | 262.29 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 983.06 | 983.06 | 983.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 70.55 | 70.55 | 70.55 |
| The Bank of New York Mellon | 2600-000 | N/A | 518.47 | 518.47 | 518.47 |
| The Bank of New York Mellon | 2600-000 | N/A | 449.67 | 449.67 | 449.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $23,251.85 | $183,417.43 | $183,417.43 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | Peter Ranger | 5910-000 | N/A | N/A | 15,000.00 | 15,000.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $15,000.00 | $15,000.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nordstrom fsb | 7100-000 | N/A | 4,959.08 | 4,959.08 | 4,959.08 |
| 1I | Nordstrom fsb | 7990-000 | N/A | 36.72 | 36.72 | 36.72 |
| 2 | FIA Card Services NA/Bank of America NA (USA)/ | 7100-000 | N/A | 8,888.84 | 8,888.84 | 8,888.84 |
| 2I | FIA Card Services NA/Bank of America NA (USA)/ | 7990-000 | N/A | 65.82 | 65.82 | 65.82 |
| 3 | FIA Card Services NA/Bank of America NA (USA)/ | 7100-000 | N/A | 5,262.51 | 5,262.51 | 5,262.51 |
| 3I | FIA Card Services NA/Bank of America NA (USA)/ | 7990-000 | N/A | 38.97 | 38.97 | 38.97 |
| 4 | FIA Card Services NA/Bank of America NA (USA)/ | 7100-000 | N/A | 14,355.36 | 14,355.36 | 14,355.36 |
| 4I | FIA Card Services NA/Bank of America NA (USA)/ | 7990-000 | N/A | 106.30 | 106.30 | 106.30 |
| 5 | FIA Card Services NA/Bank of America NA (USA)/ | 7100-000 | N/A | 4,453.48 | 4,453.48 | 4,453.48 |
| 5I | FIA Card Services NA/Bank of America NA (USA)/ | 7990-000 | N/A | 32.98 | 32.98 | 32.98 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | FIA Card Services NA/Bank of America NA (USA)/ | 7100-000 | N/A | 14,746.17 | 14,746.17 | 14,746.17 |
| 6I | FIA Card Services NA/Bank of America NA (USA)/ | 7990-000 | N/A | 109.19 | 109.19 | 109.19 |
| 7 | FIA Card Services NA/Bank of America NA (USA)/ | 7100-000 | N/A | 849.09 | 849.09 | 849.09 |
| 7I | FIA Card Services NA/Bank of America NA (USA)/ | 7990-000 | N/A | 6.29 | 6.29 | 6.29 |
| 8 | American InfoSource LP as agent for | 7100-000 | N/A | 7,654.42 | 7,654.42 | 7,654.42 |
| 8I | American InfoSource LP as agent for | 7990-000 | N/A | 56.68 | 56.68 | 56.68 |
| 9 | American Express Centurion Bank | 7100-000 | N/A | 8,579.13 | 8,579.13 | 8,579.13 |
| 9I | American Express Centurion Bank | 7990-000 | N/A | 63.53 | 63.53 | 63.53 |
| 10 | American Express Centurion Bank | 7100-000 | N/A | 6,239.99 | 6,239.99 | 6,239.99 |
| 10I | American Express Centurion Bank | 7990-000 | N/A | 46.21 | 46.21 | 46.21 |
| 11 | Chase Bank USA NA | 7100-000 | N/A | 1,139.20 | 1,139.20 | 1,139.20 |
| 11I | Chase Bank USA NA | 7990-000 | N/A | 8.44 | 8.44 | 8.44 |
| 12 | Chase Bank USA NA | 7100-000 | N/A | 4,243.03 | 4,243.03 | 4,243.03 |
| 12I | Chase Bank USA NA | 7990-000 | N/A | 31.42 | 31.42 | 31.42 |
| 13 | Chase Bank USA NA | 7100-000 | N/A | 3,525.04 | 3,525.04 | 3,525.04 |
| 13I | Chase Bank USA NA | 7990-000 | N/A | 26.10 | 26.10 | 26.10 |
| 14 | Chase Bank USA NA | 7100-000 | N/A | 2,612.68 | 2,612.68 | 2,612.68 |
| 14I | Chase Bank USA NA | 7990-000 | N/A | 19.35 | 19.35 | 19.35 |
| 15 | Chase Bank USA NA | 7100-000 | N/A | 1,642.51 | 1,642.51 | 1,642.51 |
| 15I | Chase Bank USA NA | 7990-000 | N/A | 12.16 | 12.16 | 12.16 |
| 16 | Capital One,N.A | 7100-000 | N/A | 786.61 | 786.61 | 786.61 |
| 16I | Capital One,N.A | 7990-000 | N/A | 5.82 | 5.82 | 5.82 |
| 17 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 360.18 | 360.18 | 360.18 |
| 17I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 2.67 | 2.67 | 2.67 |
| 18 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 293.32 | 293.32 | 293.32 |
| 18I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 2.17 | 2.17 | 2.17 |
| 19 | American Express Centurion Bank | 7100-000 | N/A | 4,917.90 | 4,917.90 | 4,917.90 |
| 19I | American Express Centurion Bank | 7990-000 | N/A | 36.42 | 36.42 | 36.42 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $96,215.78 | $96,215.78 | $96,215.78 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-44105
**Case Name:** RANGER, PETER
RANGER, PATRICIA
**Period Ending:** 11/15/12

**Trustee:** (520171) JOHN E. GIERUM
**Filed (f) or Converted (c):** 11/20/09 (f)
**§341(a) Meeting Date:** 12/18/09
**Claims Bar Date:** 09/26/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate 304 Glendenning Place, Waukegan, IL | 160,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash  (s) | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Bank Accounts     (s) | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods  (s) | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, etc. (s) | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing  (s) | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Furs & Jewelry  (s) | 40.00 | 0.00 | DA | 0.00 | FA |
| 8 | Sports & Hobby equipment  (s) | 20.00 | 0.00 | DA | 0.00 | FA |
| 9 | Pension  (s) | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | PI Case  (s) | Unknown | 0.00 |  | 480,000.00 | FA |
| 11 | 1988 Olds  (s) | 200.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1996 Cadillac  (s) | 400.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1982 Yamaha Motorcycle (s) | 300.00 | 0.00 | DA | 0.00 | FA |
| 13 | Assets    Totals (Excluding unknown values) | **$180,010.00** | **$0.00** |  | **$480,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Settling personal injury case

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013          **Current Projected Date Of Final Report (TFR):**   June 30, 2012  (Actual)

Printed: 11/15/2012 11:35 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-44105 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | RANGER, PETER | | Bank Name: | The Bank of New York Mellon |
| | RANGER, PATRICIA | | Account: | 9200-******41-65 - Checking Account |
| Taxpayer ID #: | **-***5695 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 11/15/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/17/12 | {10} | Electric Insurance Company | Personal injury litigation proceeds | 1142-000 | 480,000.00 | | 480,000.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 262.29 | 479,737.71 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 983.06 | 478,754.65 |
| 04/02/12 | | To Account #9200******4166 | TRANSFER OF FUNDS | 9999-000 | | 234,339.37 | 244,415.28 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 548.18 | 243,867.10 |
| 05/04/12 | | To Account #9200******4166 | TRANSFER OF FUNDS | 9999-000 | | 243,867.10 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 480,000.00 | 480,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 478,206.47 | |
| | | | **Subtotal** | | 480,000.00 | 1,793.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$480,000.00** | **$1,793.53** | |

{} Asset reference(s)                                                                            Printed: 11/15/2012 11:35 AM    V.13.04

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-44105 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | RANGER, PETER | | Bank Name: | The Bank of New York Mellon |
| | RANGER, PATRICIA | | Account: | 9200-******41-66 - Checking Account |
| Taxpayer ID #: | **-***5695 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/15/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/02/12 | | From Account #9200******4165 | TRANSFER OF FUNDS | 9999-000 | 234,339.37 | | 234,339.37 |
| 04/04/12 | 101 | Peter Ranger | Personal Injury Exemption | 5910-000 | | 15,000.00 | 219,339.37 |
| 04/04/12 | 102 | Thomas Lake | | | | 219,339.37 | 0.00 |
| | | | Special Counsel Fees    159,984.00 | 3210-600 | | | 0.00 |
| | | | Special Counsel    181.58 Expenses | 3220-610 | | | 0.00 |
| | | | Medical Lien    49,885.37 | 4220-000 | | | 0.00 |
| | | | Medical Lien    9,288.42 | 4220-000 | | | 0.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 70.55 | -70.55 |
| 05/03/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -29.71 | -40.84 |
| 05/04/12 | | From Account #9200******4165 | TRANSFER OF FUNDS | 9999-000 | 243,867.10 | | 243,826.26 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 449.67 | 243,376.59 |
| 08/08/12 | 103 | JOHN E. GIERUM | Dividend paid 100.00% on $20,967.81, Trustee Compensation;  Reference: | 2100-000 | | 20,967.81 | 222,408.78 |
| 08/08/12 | 104 | Nordstrom fsb | First and Final Distribution | 7100-000 | | 4,959.08 | 217,449.70 |
| 08/08/12 | 105 | FIA Card Services NA/Bank of America NA (USA)/ | First and Final Distribution | 7100-000 | | 8,888.84 | 208,560.86 |
| 08/08/12 | 106 | FIA Card Services NA/Bank of America NA (USA)/ | First and Final Distribution | 7100-000 | | 5,262.51 | 203,298.35 |
| 08/08/12 | 107 | FIA Card Services NA/Bank of America NA (USA)/ | First and Final Distribution | 7100-000 | | 14,355.36 | 188,942.99 |
| 08/08/12 | 108 | FIA Card Services NA/Bank of America NA (USA)/ | First and Final Distribution | 7100-000 | | 4,453.48 | 184,489.51 |
| 08/08/12 | 109 | FIA Card Services NA/Bank of America NA (USA)/ | First and Final Distribution | 7100-000 | | 14,746.17 | 169,743.34 |
| 08/08/12 | 110 | FIA Card Services NA/Bank of America NA (USA)/ | First and Final Distribution | 7100-000 | | 849.09 | 168,894.25 |
| 08/08/12 | 111 | American InfoSource LP as agent for | First and Final Distribution | 7100-000 | | 7,654.42 | 161,239.83 |
| 08/08/12 | 112 | American Express Centurion Bank | First and Final Distribution | 7100-000 | | 8,579.13 | 152,660.70 |
| 08/08/12 | 113 | American Express Centurion Bank | First and Final Distribution | 7100-000 | | 6,239.99 | 146,420.71 |
| 08/08/12 | 114 | Chase Bank USA NA | First and Final Distribution | 7100-000 | | 1,139.20 | 145,281.51 |
| 08/08/12 | 115 | Chase Bank USA NA | First and Final Distribution | 7100-000 | | 4,243.03 | 141,038.48 |
| 08/08/12 | 116 | Chase Bank USA NA | First and Final Distribution  Did not print Voided on 08/08/12 | 7100-000 | | 3,525.04 | 137,513.44 |
| 08/08/12 | 116 | Chase Bank USA NA | First and Final Distribution  Did not print Voided: check issued on 08/08/12 | 7100-000 | | -3,525.04 | 141,038.48 |

Subtotals :    $478,206.47    $337,167.99

{} Asset reference(s)   Printed: 11/15/2012 11:35 AM    V.13.04

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-44105 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | RANGER, PETER | | Bank Name: | The Bank of New York Mellon |
| | RANGER, PATRICIA | | Account: | 9200-******41-66 - Checking Account |
| Taxpayer ID #: | **-***5695 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/15/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/08/12 | 117 | Chase Bank USA NA | First and Final Distribution  Did not print Voided on 08/08/12 | 7100-000 | | 2,612.68 | 138,425.80 |
| 08/08/12 | 117 | Chase Bank USA NA | First and Final Distribution  Did not print Voided: check issued on 08/08/12 | 7100-000 | | -2,612.68 | 141,038.48 |
| 08/08/12 | 118 | Chase Bank USA NA | First and Final Distribution  Did not print Voided on 08/08/12 | 7100-000 | | 1,642.51 | 139,395.97 |
| 08/08/12 | 118 | Chase Bank USA NA | First and Final Distribution  Did not print Voided: check issued on 08/08/12 | 7100-000 | | -1,642.51 | 141,038.48 |
| 08/08/12 | 119 | Capital One,N.A | First and Final Distribution | 7100-000 | | 786.61 | 140,251.87 |
| 08/08/12 | 120 | Portfolio Recovery Associates, LLC | First and Final Distribution | 7100-000 | | 360.18 | 139,891.69 |
| 08/08/12 | 121 | Portfolio Recovery Associates, LLC | First and Final Distribution | 7100-000 | | 293.32 | 139,598.37 |
| 08/08/12 | 122 | American Express Centurion Bank | First and Final Distribution | 7100-000 | | 4,917.90 | 134,680.47 |
| 08/08/12 | 123 | Nordstrom fsb | First and Final Distribution | 7990-000 | | 36.72 | 134,643.75 |
| 08/08/12 | 124 | FIA Card Services NA/Bank of America NA (USA)/ | First and Final Distribution | 7990-000 | | 65.82 | 134,577.93 |
| 08/08/12 | 125 | FIA Card Services NA/Bank of America NA (USA)/ | First and Final Distribution  Did not print Voided on 08/08/12 | 7990-000 | | 38.97 | 134,538.96 |
| 08/08/12 | 125 | FIA Card Services NA/Bank of America NA (USA)/ | First and Final Distribution  Did not print Voided: check issued on 08/08/12 | 7990-000 | | -38.97 | 134,577.93 |
| 08/08/12 | 126 | FIA Card Services NA/Bank of America NA (USA)/ | First and Final Distribution  Did not print Voided on 08/08/12 | 7990-000 | | 106.30 | 134,471.63 |
| 08/08/12 | 126 | FIA Card Services NA/Bank of America NA (USA)/ | First and Final Distribution  Did not print Voided: check issued on 08/08/12 | 7990-000 | | -106.30 | 134,577.93 |
| 08/08/12 | 127 | FIA Card Services NA/Bank of America NA (USA)/ | First and Final Distribution  Did not print Voided on 08/08/12 | 7990-000 | | 32.98 | 134,544.95 |
| 08/08/12 | 127 | FIA Card Services NA/Bank of America NA (USA)/ | First and Final Distribution  Did not print Voided: check issued on 08/08/12 | 7990-000 | | -32.98 | 134,577.93 |
| 08/08/12 | 128 | FIA Card Services NA/Bank of America NA (USA)/ | First and Final Distribution | 7990-000 | | 109.19 | 134,468.74 |
| 08/08/12 | 129 | FIA Card Services NA/Bank of America NA (USA)/ | First and Final Distribution | 7990-000 | | 6.29 | 134,462.45 |
| 08/08/12 | 130 | American InfoSource LP as agent for | First and Final Distribution | 7990-000 | | 56.68 | 134,405.77 |
| 08/08/12 | 131 | American Express Centurion Bank | First and Final Distribution | 7990-000 | | 63.53 | 134,342.24 |
| 08/08/12 | 132 | American Express Centurion Bank | First and Final Distribution | 7990-000 | | 46.21 | 134,296.03 |
| 08/08/12 | 133 | Chase Bank USA NA | First and Final Distribution | 7990-000 | | 8.44 | 134,287.59 |
| 08/08/12 | 134 | Chase Bank USA NA | First and Final Distribution  Not printed Voided on 08/08/12 | 7990-000 | | 31.42 | 134,256.17 |

Subtotals :   $0.00   $6,782.31

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-44105  
**Case Name:** RANGER, PETER  
RANGER, PATRICIA  
**Taxpayer ID #:** **-***5695  
**Period Ending:** 11/15/12

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******41-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/08/12 | 134 | Chase Bank USA NA | First and Final Distribution  Not printed Voided: check issued on 08/08/12 | 7990-000 | | -31.42 | 134,287.59 |
| 08/08/12 | 135 | Chase Bank USA NA | First and Final Distribution  Did not print Voided on 08/08/12 | 7990-000 | | 26.10 | 134,261.49 |
| 08/08/12 | 135 | Chase Bank USA NA | First and Final Distribution  Did not print Voided: check issued on 08/08/12 | 7990-000 | | -26.10 | 134,287.59 |
| 08/08/12 | 136 | Chase Bank USA NA | First and Final Distribution  Did not print Voided on 08/08/12 | 7990-000 | | 19.35 | 134,268.24 |
| 08/08/12 | 136 | Chase Bank USA NA | First and Final Distribution  Did not print Voided: check issued on 08/08/12 | 7990-000 | | -19.35 | 134,287.59 |
| 08/08/12 | 137 | Chase Bank USA NA | First and Final Distribution | 7990-000 | | 12.16 | 134,275.43 |
| 08/08/12 | 138 | Capital One,N.A | First and Final Distribution | 7990-000 | | 5.82 | 134,269.61 |
| 08/08/12 | 139 | American Express Centurion Bank | First and Final Distribution | 7990-000 | | 36.42 | 134,233.19 |
| 08/08/12 | 140 | RANGER, PETER | First and Final Distribution | 8200-002 | | 126,193.00 | 8,040.19 |
| 08/08/12 | 141 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 4.84 | 8,035.35 |
| | | | Dividend paid 100.00%    2.67<br>on $2.67;  Claim# 17I;<br>Filed: $2.67 | 7990-000 | | | 8,035.35 |
| | | | Dividend paid 100.00%    2.17<br>on $2.17;  Claim# 18I;<br>Filed: $2.17 | 7990-000 | | | 8,035.35 |
| 08/08/12 | 142 | Chase Bank USA NA | First and Final Distribution Re-issued | 7100-000 | | 3,525.04 | 4,510.31 |
| 08/08/12 | 143 | Chase Bank USA NA | First and Final Distribution Re-issued | 7100-000 | | 2,612.68 | 1,897.63 |
| 08/08/12 | 144 | Chase Bank USA NA | First and Final Distribution Re-issued | 7100-000 | | 1,642.51 | 255.12 |
| 08/08/12 | 145 | FIA Card Services NA/Bank of America NA (USA)/ | First and Final Distribution Re-issued | 7990-000 | | 38.97 | 216.15 |
| 08/08/12 | 146 | FIA Card Services NA/Bank of America NA (USA)/ | First and Final Distribution Re-issued | 7990-000 | | 106.30 | 109.85 |
| 08/08/12 | 147 | FIA Card Services NA/Bank of America NA (USA)/ | First and Final Distribution Re-issued | 7990-000 | | 32.98 | 76.87 |
| 08/08/12 | 148 | Chase Bank USA NA | First and Final Distribution Re-issued | 7990-000 | | 26.10 | 50.77 |
| 08/08/12 | 149 | Chase Bank USA NA | First and Final Distribution Re-issued | 7990-000 | | 19.35 | 31.42 |
| 08/08/12 | 150 | Chase Bank USA NA | First and Final Distribution Re-issued | 7990-000 | | 31.42 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 478,206.47 | 478,206.47 | $0.00 |
| | | | Less: Bank Transfers | | 478,206.47 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 478,206.47 | |
| | | | Less: Payments to Debtors | | | 126,193.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$352,013.47** | |

{} Asset reference(s)

Printed: 11/15/2012 11:35 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 09-44105 | | **Trustee:** | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| **Case Name:** | RANGER, PETER | | **Bank Name:** | The Bank of New York Mellon |
| | RANGER, PATRICIA | | **Account:** | 9200-******41-66 - Checking Account |
| **Taxpayer ID #:** | **-***5695 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 11/15/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******41-65** | 480,000.00 | 1,793.53 | 0.00 |
| **Checking # 9200-******41-66** | 0.00 | 352,013.47 | 0.00 |
| | $480,000.00 | $353,807.00 | $0.00 |